**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| AVIS BUDGET GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-05512-CM |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW HALBOWER, PENTWATER CAPITAL MANAGEMENT LP, CROWN MANAGED ACCOUNTS SPC ACTING FOR AND ON BEHALF OF CROWN/PW SEGREGATED PORTFOLIO, LMA SPC FOR AND ON BEHALF OF THE MAP 98 SEGREGATED PORTFOLIO, OCEANA MASTER FUND LTD., OCEANA FUND LTD., OCEANA FUND LLC, PENTWATER CREDIT MASTER FUND LTD., PENTWATER CREDIT FUND LTD., PENTWATER CREDIT FUND LLC, PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., PENTWATER EQUITY OPPORTUNITIES FUND LTD., PENTWATER EQUITY OPPORTUNITIES FUND LLC, PENTWATER MERGER ARBITRAGE MASTER FUND LTD., PENTWATER MERGER ARBITRAGE FUND LTD., PENTWATER MERGER ARBITRAGE FUND LLC, PENTWATER EVENT FUND LTD., PENTWATER EVENT FUND LLC, DOCKSIDE FUND I LP, INVESTMENT OPPORTUNITIES SPC FOR THE ACCOUNT OF INVESTMENT OPPORTUNITIES 3 SEGREGATED PORTFOLIO, PWCM MASTER FUND LTD., PENTWATER UNCONSTRAINED MASTER FUND LTD., PENTWATER UNCONSTRAINED FUND LTD., AND PENTWATER UNCONSTRAINED FUND LLC. | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Avis Budget Group, Inc. ("Avis" or the "Company"), by its undersigned attorneys, for its Complaint against Defendants Matthew Halbower ("Halbower"), Pentwater Capital Management LP, Crown Managed Accounts SPC acting for and on behalf of Crown/PW Segregated Portfolio, LMA SPC for and on behalf of the MAP 98 Segregated Portfolio, Oceana Master Fund Ltd., Oceana Fund Ltd., Oceana Fund LLC, Pentwater Credit Master Fund Ltd., Pentwater Credit Fund Ltd., Pentwater Credit Fund LLC, Pentwater Equity Opportunities Master Fund Ltd., Pentwater Equity Opportunities Fund Ltd., Pentwater Equity Opportunities Fund LLC, Pentwater Merger Arbitrage Master Fund Ltd., Pentwater Merger Arbitrage Fund Ltd., Pentwater Merger Arbitrage Fund LLC, Pentwater Event Fund Ltd., Pentwater Event Fund LLC, Dockside Fund I LP, Investment Opportunities SPC for the Account of Investment Opportunities 3 Segregated Portfolio, PWCM Master Fund Ltd., Pentwater Unconstrained Master Fund Ltd., Pentwater Unconstrained Fund Ltd., and Pentwater Unconstrained Fund LLC (collectively with Halbower, "Pentwater" or the "Defendants"), alleges as follows:

## NATURE OF THE ACTION

1. This is an action for disgorgement of short-swing profits under Section 16(b) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). Section 16(b) applies to every beneficial owner of more than 10% of a class of publicly traded equity securities and requires that such owners disgorge to the issuer any profit they realize from any purchase and sale of the issuer's equity securities within a period of less than six months.

## THE PARTIES

2. Plaintiff Avis Budget Group, Inc. ("Avis" or the "Company") is a corporation formed under the law of the State of Delaware, with a principal place of business at 379 Interpace

Parkway, Parsippany, New Jersey, United States. Avis's common stock is registered under Section 12(b) of the Exchange Act, 15 U.S.C. § 78l(b), and is listed for trading on the Nasdaq Global Select Market.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Dated: June 16, 2026

Respectfully submitted,

By: ______________________

**WHITE & CASE LLP**
Glenn M. Kurtz
gkurtz@whitecase.com
Claudine Columbres
ccolumbres@whitecase.com
Camille M. Shepherd
camille.shepherd@whitecase.com
1221 Avenue of the Americas
New York NY 10020
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorneys for Plaintiff*
Avis Budget Group, Inc.